LT


FILED
6/30/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN 1 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Julius Price_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16-cv-05101
**AMENDED COMPLAINT**

vs.

_Tom Dart_

_Sgt. Nalepa_

_R. Reinhart_

_McGowan_

_Unknown Officer_

(Enter above the full name of ALL
defendants in this action. **Do not
use "et al."**)

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

☑_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

A.  Name: _Julius Price_

B.  List all aliases: _N/A_

C.  Prisoner identification number: _2012060Q3129_

D.  Place of present confinement: _Cook County Jail_

E.  Address: _2600 S. California_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: _Tom Dart_

Title: _Sherriff of Cook County_

Place of Employment: _50 W. Washington Daley center Chicago IL 60604_

B.  Defendant: _Sargent N.Lepa_

Title: _Correctional officer Supervisor_

Place of Employment: _Cook county Jail_

C.  Defendant: _R. Reinhart, Mcgowan, and unknown officer_

Title: _Correctional officers_

Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Price v. Mosley 14-CV-4630

B. Approximate date of filing lawsuit: May 22, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Julius Price

D. List all defendants: Tom Dart, Sgt. Anderson, and officer Mosley.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States Northeren District of Illionis

F. Name of judge to whom case was assigned: Judge Charles P. Kocoras

G. Basic claim made: unjustifed force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed for non-exhaust of administrative rem-edies. Appealed. Not accept because could not pay filing fee.

I. Approximate date of disposition: December 2, 2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

**A.** Name of case and docket number: *Price v. Tom Dart, Harris, Sgt white, Doctor willison*

**B.** Approximate date of filing lawsuit: *5/18/16*

**C.** List all plaintiffs (if you had co-plaintiffs), including any aliases: *Julius Price*

**D.** List all defendants: *Tom Dart, K. Harris, Sgt. White, and Doctor willison*

**E.** Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S Federal court Northern District of ILL*

**F.** Name of judge to whom case was assigned: *Judge Charles P. Kocoras*

**G.** Basic claim made: *Negligant and deliberate indifference*

**H.** Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Pending*

**I.** Approximate date of disposition: *Pending*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 27, 2015 officer Kozel opened my cell door and informed me I was on transfer to livingston county Jail. I showed him my medical appointment card and informed him I slipped and fell down a flight of Stairs two days prior, and had a appointment in Cermak this morning. Officer Kozel informed me I couldn't refuse shipment and had to pack my property or lose it because either way I was going on shipment. At that point I informed him that I could barely walk and could he help me by carring my property down the stars for me. And he stated "yes just pack up" So I begin packing my property up. once I packed my property up officer Kozel carryed it down the stairs. Once down the stairs officer Kozel placed my property on my bedding and told me to drag it. I tried to drag my bedding and property but it became too much of a burden for me because of my injurys. Sgt. Nalepa

4

Revised 9/2007

became upset and stated "he didn't give a fuck about me falling down the stairs and I was faking." I continued to try dragging my bedding. Sgt. Nalepa than told officers Mcgowan, Reinhart, and a unknown officer to pull me outside the dayroom, because I wasn't walking fast enough for him. These officers than began pulling and pushing me while I was yelling on the top of my lungs to stop their hurting me. These officers kept pulling and pushing me than picked me up and carryed me to the elevator than dropped me on my injuryed back. I than demanded medical attention but these officers didn't listen to my request. Sgt. Nalepa than pulled his Mace out and asked me "did he want him to Mace me"? These officers than picked me up off the floor on my feet and demanded I walk or else. At that point I walked as best I could to the holding cells. Once there I informed the transfer officers that I was hurt by the officers named aboved and two days prior slipped and fell down a flight of stairs. One of the transfer officers than called his superviser on the phone and explained the problem. The transfer officer than informed me I had to go and I'll recive medical attention once at livingston County Jail. However once at livingston county Jail I never recived any medical attention, and was left in pain the whole day. I complain due to officers Reinhart, Mcgowan, and a unknown officer along with Sgt. Nalepa Unnecessary Use of force

my back is still having great pains in it to this day.
Due to officers Reinhart, McGowan, a unknown officer, and
Sgt. Nalepa refuseing to give me my rights to
prompt and proper medical attention my back is still
having great pains in it to this day.
Exhibit A medical appointment card
Exhibit B Pg# 1-10 Inmate grievance
Exhibit C reply to grievance
Exhibit D appeal to grievance
Exhibit F reply to grievance

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff respectively request that he receive appropriate compensatory and punitive damages against all defendants. Plaintiff also request that the cost of this action including attorney fee be taxed against all defendants.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _May_ day of _31_, 20 _16_

_Julius Price_
(Signature of plaintiff or plaintiffs)

_Julius Price_
(Print name)

~~Po Box 089002~~ 2012060B129
(I.D. Number)

Po Box 089002
Chicago IL 60608
(Address)

6

**Revised 9/2007**

Exhibit A

**CERMAK HEALTH SERVICES
OF COOK COUNTY**
2800 South California Avenue
Chicago, Illinois 60608

CCDOC#: _____

**CK**PtNm-**PRICE, JULIUS**
DOB–08/14/88 Age– 27 FC– 06/03/12
Act# 20120603129 0933H/3267/2 MR# **497240**

LOCATION: _____

11/27/2015      0900

Radiology

This is your Appointment Card for Cermak Health
Services. It must be presented to the Health Provider
every time you come for sick call or for clinic
appointment. If lost, your treatment will be delayed
until your record is checked and a new card is issued.

851.1

Supt. W. Cox
Asst. Supt. S Inman

**Livingston County Sheriff's Corrections**
844 W Lincoln
Pontiac Il. 61764
JAIL: 815-844-5774 FAX: 815-842-8066

*Exhibit B*

*Pg# 1 of 10*

To: Deputy Director Mueller

From: Supt. Stewart Inman

Re: Julius Price

Price filled a grievance against Cook Co. If you have any questions Please
Let me know.

Supt. Stewart Inman

*0497240*

*2012-0603129*



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 2015X 7024 | 0497240 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE     *Page 1 of 9*
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☒ OTHER: _OPR - IS_

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del detenido)* |
|---|---|---|
| Price | Julius | 2012-0603129 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 15 | LC | 11/27/15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| | | |

See attachment.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

[SI ELEGIDO PRESENTAR SU QUEJA MAS DE 2 DIAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información )* | INMATE SIGNATURE AND DATE *(Firma del Preso/Fecha)* |
|---|---|
| | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| J Muell | | 12/7/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

Pg 3 of 10

Pg #1

(2 of 9)

## Livingston County Jail

( ) REQUEST                    ( ) GRIEVENCE

( ) CALLING CARD               ( ) OTHER

NAME: Julius Price            DATE: 11/27/15

UNIT/CELL # D2

TIME: ____:____

**Describe your request / grievance**

On Nov. 25, 2015 at approximately 9:30 p.m. in D.V. 9 wing 3-H there was a water leak in the ceiling above the stairs. This water leak has been an ongoing problem for a couple of years now. However problem was never fixed. At the above date and time I Julius Price was going down the stairs to get my shower bag to lock up in my cell for the night. As I was going down the stairs I slipped and fell on some water down a flight of stairs hurting my left leg, left rib cage, and back.

RECEIVED BY OFFICER: M. Atkinson          DATE: 11/29/15
RECEIVED OFFICER ID      312

RESPONSE:

_____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____    DATE: _____

LCJ-036

Pg # 4 of 10    Pg # 2    3 of 9

## Livingston County Jail

( ) REQUEST                    ( ✗ ) GRIEVENCE

( ) CALLING CARD               ( ) OTHER

NAME: Sulles Price              DATE: 11/27/15

UNIT/CELL # D2

TIME: ____:____

Describe your request / grievance

I was left sitting on the stairs before medical staff came and escorted me to cermak. once at cermak I was seen and ~~treated~~ by a ~~doctor~~ willison. I ~~B~~ was perchibed pain pills and order ~~Radiology~~ Radiolgy for a X-Ray on 11/27/15. However I was never issued any pain pills. when I asked the A.m purse about my pain pills on the morning of 11/28/15 she stated she didn't have any order for me. I was left in pain that whole day and wasin't housed to a lower

RECEIVED BY OFFICER:_____  DATE:_____

RECEIVED OFFICER ID _____

RESPONSE:

_____

_____

_____

_____

_____

_____

ANSWER GIVEN BY:_____  DATE:_____

LCJ-036

Pg# 3 of 10

Pg# 3

4 ob 9

## Livingston County Jail

( ) REQUEST                    ( ) GRIEVENCE

( ) CALLING CARD               ( ) OTHER

NAME: Julius Price           DATE: 11/27/15

UNIT/CELL #  D2

TIME: ____:____

Describe your request / grievance

cell to avoid walking up and down the stairs to avoid
falling down the stairs again which is still wet because
of a ceiling leak above them (Note I was housed in upper 3067
in Div. 9 3 H). On 11/27/15 c/o kozel opened my cell and informed
me I was on transfer to livingston county Jail. I showed
him my medical appointment card and informed him
slipped and fell down a flight of stairs and had a
appointment in cermak this morning. Officer kozel

RECEIVED BY OFFICER:_____ DATE:_____
RECEIVED OFFICER ID _____

RESPONSE: _____
_____
_____
_____
_____
_____
_____

ANSWER GIVEN BY:_____ DATE:_____

LCJ-036

PG#6 of 10    Pg# 4

5 of 9

## Livingston County Jail

( ) REQUEST                    ( ✓ ) GRIEVENCE

( ) CALLING CARD               ( ) OTHER

NAME: Julius Price            DATE: 11/27/15

UNIT/CELL # D2

TIME: ___:___

Describe your request / grievance

informed me I couldn't refuse shippment and I had to
pack my property or lose it because either way I was
going to livingston county jail. At that point I informed
him that I could barely walk and could he help me by
carrying my property down the stairs for me. And he stated yes
just pack up. so I began to pack my property up. once I
packed my property c/o Kozel carried it down the stairs,
~~approximately~~ while I ~~dragged~~ my bedding down the stairs.

RECEIVED BY OFFICER:_____ DATE:_____

RECEIVED OFFICER ID _____

RESPONSE:
_____
_____
_____
_____
_____
_____
_____

ANSWER GIVEN BY:_____ DATE:_____

LCJ-036

PG #7 of 10    PG #5

6 of 9

## Livingston County Jail

( ) **REQUEST**                    ( ) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Julius Anai        DATE: 11/27/15

UNIT/CELL # D2

TIME: ____:____

**Describe your request / grievance**

once down the stairs c/o Kozel placed my property on my bedding
and told me to drag it. I tried to drag my bedding and property
but it became to much of a burden for me because of my
injurs. Seg. Naleda became upset and told me I was
faking and he didn't give a fuck about my falling down the
stairs. I continued to try dragging my bedding and Seg. Naleda
told c/o Megawon, Reinhart, and a unknow c/o to pull me outside
the dayroom because I wasn't walking fast enough for him.

**RECEIVED BY OFFICER:**_____ **DATE:**_____

**RECEIVED OFFICER ID** _____

**RESPONSE:**
_____
_____
_____
_____
_____
_____

**ANSWER GIVEN BY:**_____ **DATE:**_____

LCJ-036

Pg#8 of 10   Pg#6

7 of 9

**Livingston County Jail**

( ) **REQUEST**                    ( ) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Julius Price          DATE: 11/27/15

UNIT/CELL # D2

TIME: ____:____

Describe your request / grievance

These c/o's than begin pulling and pushing me while I was yelling on the top of my lungs to stop their hurting me. These c/o's kept pulling and pushing me than picked me up and carried me to the _____ elevator than dropped me on my back. I than demanded medical attention but these c/o's and seg didn't listen to my request. They picked me up off the floor on my feet and demanded I walk or else. At that point I walked

RECEIVED BY OFFICER: _____ DATE: _____
RECEIVED OFFICER ID _____

RESPONSE:

ANSWER GIVEN BY: _____ DATE: _____

LCJ-036

Pg#9
of
10

Pg# 7

8 of 9

### Livingston County Jail

( ) REQUEST                              (✓) GRIEVENCE

( ) CALLING CARD                    ( ) OTHER

NAME: Julius Price                    DATE: 11/29/15

UNIT/CELL # D2

TIME: ____:____

**Describe your request / grievance**

as best as I could to the holding cells. Once there I
I informed the transfer officers that I was hurt by
these c/o's narrated aboved and two day prevr fall down
a flight of stair due to a ceiling leak. One of the transfer
officers than call his superviser and explanned the problem.
~~than~~ The transfer officer than informed me I had to
leave and I'll get medical attention once I got to
livingston county jail. However once I got to livingston

RECEIVED BY OFFICER: _____ DATE: _____
RECEIVED OFFICER ID _____

RESPONSE: _____
_____
_____
_____
_____
_____

ANSWER GIVEN BY: _____ DATE: _____

LCJ-036

Pg #10 of 10

Pg #8

9 of 9

## Livingston County Jail

( ) REQUEST                    (✓) GRIEVENCE

( ) CALLING CARD               ( ) OTHER

NAME: Julius Prior          DATE: 11/27/15

UNIT/CELL # D2

TIME: ____:____

Describe your request / grievance

county Jail I never recived any medical attention, and
was left in pain the whole day. A Seg. Reed informed
me they called the doctor and I was order pain pills
until monday when the nurse comes in. I complain due
to negligent unjustified force, and inadequate medical
attention I'm in unbearable pain. I would like to
be made whole. Julius Prior

RECEIVED BY OFFICER: _____ DATE: _____
RECEIVED OFFICER ID _____

RESPONSE: _____

_____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

LCJ-036

Exhibit C

## Inmate Grievance Number:  **2015x7024**

Your allegation(s) have been forwarded to the Office of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

INMATE COPY

*Exhibit B*



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2015 X 7024

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| PRICE | Julius | 2012-0603129 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): OPR-13     DATE REFERRED: 12 / 7 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

See attachment

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| CRW | | 5-tes | 12 / 7 / 15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Julius Price

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
12 / 7 / 15

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelacion del detenido):* 12 / 7 / 15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*
I would like to appeal this decision because I slipped and fell down the stair due to a ceiling above them. And before I was transferd to livingston County Jail c/o's used unjustified force after explaning I didn't recive my medical treatment and didn't give me medical treament afterwards.

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? | Yes *(Si)* ☐ | No ☐ |
|---|---|---|
| ¿ Apelación del detenido aceptada por el administrador o/su designado(a)? | | |

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| | | ___ / ___ / ___ |

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelacion):* |
|---|---|
| | ___ / ___ / ___ |

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

Exhibit T



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2015 X 7024

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* PRICE | INMATE FIRST NAME *(Primer Nombre):* Julius | ID Number *(# de identificación):* 2012-0603129 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE *(if applicable)*:

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel) OPR-IS    DATE REFERRED: 12 / 7 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
See attachment

| PERSONNEL RESPONDING TO GRIEVANCE (Print): EAD | SIGNATURE: | DIV. / DEPT. 5-W | DATE: 12 / 7 / 15 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): ☐ GRIEVANCE SUBJECT CODE: _____ ☐ NON-GRIEVANCE SUBJECT CODE: _____ | INMATE SIGNATURE *(Firma del Preso):* Julius Price | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 12 / 7 / 15 |
|---|---|---|

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido):* 12 / 7 / 15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación):* I would like to appeal this decision because I slipped and fell down the stair due to a ceiling above them. And before I was transferred to Livingston County Jail c/o's used unjustified force after explaning I didn't recive my medical treatment and didn't give me medical treament afterwards.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿Apelación del detenido aceptada por el administrador o/su designado(a)?*    Yes (Sí) ☐   No ⊗

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o i su designado(a)):*
Original Response to Stand.

| ADMINISTRATOR / DESIGNEE *(Administrador o i su Designado(a)):* J Mueller | SIGNATURE *(Firma del Administrador o i su Designado(a)):* | DATE *(Fecha)* 12 / 9 / 15 |
|---|---|---|
| INMATE SIGNATURE *(Firma del Preso):* Julius Price | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el preso recibió respuesta a su apelación)* 12 / 10 / 15 |

FCN-48 (Rev 09/11)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE